No. 04-01-00117-CV


Javier BENAVIDES, et al.,

Appellants


v.


MAGIC VALLEY CONCRETE, INC., et al.,

Appellees


From the 381st Judicial District Court, Starr County, Texas

Trial Court No. DC-96-89

Honorable John A. Pope, III, Judge Presiding



PER CURIAM

 

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice



Delivered and Filed: June 27, 2001


DISMISSED


 The appellants have filed a motion to dismiss this appeal. The motion is granted, and the
appeal is dismissed. See Tex. R. App. P. 42.2(a). The appellants have also filed a motion to
substitute counsel. The motion for substitution is granted. See Tex. R. App. P. 6.5.

 

 PER CURIAM

DO NOT PUBLISH